**From:** Daniel Owen
**Sent:** Monday, October 30, 2023 5:26 PM
**To:** 'Brett Beauchamp'
**Subject:** RE: Need Some Help

Can you email me the petition that ▮▮▮▮▮▮ filed in order to obtain this Order of Protection? If you don't have a copy, please request one from the clerk of Summit County. I want to see if he committed Perjury in the Petition. Specifically I want to see what representations he made with re: to ▮▮▮▮▮▮ residence. My understanding is that ▮▮▮▮▮▮ has no ties to Ohio, much less Summit County Ohio.

---

**From:** Brett Beauchamp <bbeauchamp@levyso.com>
**Sent:** Monday, October 30, 2023 3:32 PM
**To:** Daniel Owen <owend@SAO8.ORG>
**Subject:** Need Some Help

**CAUTION:** This email originated from an external source. **Be Suspicious of Attachments, Links and Requests for Login Information**

Please call me at your convenience.  352-398-6704

Thanks

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.



W.O. BRETT BEAUCHAMP
Undersheriff/Legal Advisor
Levy County Sheriff's Office
352.486.5111 (Office)   352.398.6704 (Cell)